UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
LANDINI, ELIZABETH

CASE NO. 09-24374
Debtor(s)                               Chapter 7

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 8/16/10, the Trustee disbursed funds, pursuant to the Order of 8/12/10 on Application to Compromise and Settle and Pay Special Counsel.

3. One of said checks, namely Check No 106, dated 8/16/10, in the amount of $500.00 was mailed to the payee, Medicare, c/o Edward F. Kardelis, Hausmann-McNally, S.C., 555 North Court Street, Suite 200, Rockford, IL 61103; said check has never been cashed nor has the check been returned and is now over the 90 day limit and is therefore stale; pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No. 108 in said amount payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $500.00 into the Treasury Fund 6047BK, on behalf of said creditor/debtor(s) and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA, Trustee
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Daniel W. Matern, 101 E. 90th Drive, Suite C, Merrillville, IN 46410
Medicare, c/o Edward F. Kardelis, Hausmann-McNally, S.C., 555 North Court Street, Suite 200, Rockford, IL 61103

Dated: 11/15/10

/s/Gordon E. Gouveia
Gordon E. Gouveia, Trustee